1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                AT SEATTLE

10   ELECTRONIC RECYCLING                    CASE NO. 18-1601MJP
     ASSOCIATION OF ALBERTA d/b/a
11   ELECTRONIC RECYCLING                    MINUTE ORDER
     ASSOCIATION,
12
                    Plaintiff,
13
            v.
14
     BASEL ACTION NETWORK and
15   JAMES PUCKETT,

16                  Defendants.

17

18          The following minute order is made by the direction of the court, the Honorable Marsha

19   J. Pechman, United States District Judge:  The Court is in receipt of Defendant Basel Action

20   Network ("BAN")'s Motion to Dismiss.  (Dkt. No. 8.)  Plaintiff did not file any opposition to the

21   Motion to Dismiss, and BAN has not filed any reply.  However, shortly after the Motion to

22   Dismiss was filed, Plaintiff filed an Amended Complaint ("FAC").  (Dkt. No. 9.)  In addition to

23   setting forth additional factual allegations in support of the existing claims, the FAC names

24

BAN's Executive Director and Founder as an individual defendant and adds a cause of action for false advertising.  (Id.)

In light of the filing of the FAC, BAN is hereby ORDERED to file, within seven (7) days of the date of this Minute Order, a supplemental briefing explaining to the Court (1) whether the Motion to Dismiss has been mooted by the filing of the FAC or (2) whether it intends that the arguments made in the Motion to Dismiss be applied equally to the defamation and tortious interference claims in the FAC.  The supplemental briefing shall not exceed ten (10) pages.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 27, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk