The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE ELECTRONIC RECYCLING ASSOCIATION OF ALBERTA d/b/a ELECTRONIC RECYCLING ASSOCIATION, a Canadian non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BASEL ACTION NETWORK, a Washington non-profit corporation, and JAMES PUCKETT, an individual,<br><br>Defendants. | Case No. 2:18-cv-01601-MJP<br><br>STIPULATION OF DIMISSAL |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Plaintiff The Electronic Recycling Association of Alberta d/b/a Electronic Recycling Association ("Plaintiff") and Defendants Basel Action Network ("BAN") and James Puckett ("Puckett") (collectively, "Defendants") (together, collectively, "the Parties"), by and through undersigned counsel, hereby stipulate that all claims brought by Plaintiff against Defendants are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Each Party shall bear its own costs.

STIPULATION OF DISMISSAL
2:18-cv-1601-MJP

**VENABLE LLP**
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DISTRICT OF COLUMBIA 20001
(202) 344-4000

1

Dated:  April 15, 2019

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge, WSBA No. 37247
Venable LLP
600 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: jbaldridge@venable.com

*Attorney for Plaintiff The Electronic Recycling Association of Alberta d/b/a Electronic Recycling Association*

Respectfully submitted,

*/s/ Bruce E.H. Johnson*
Bruce E.H. Johnson, WSBA No. 7667
Caesar Kalinowski, WSBA No. 52650
Davis Wright Tremaine LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: brucejohnson@dwt.com
Email: caesarkalinowski@dwt.com

*Attorneys for Defendants Basel Action Network and James Puckett*

STIPULATION OF DISMISSAL
2:18-cv-1601-MJP

**VENABLE LLP**
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DISTRICT OF COLUMBIA 20001
(202) 344-4000

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2019, a true and correct copy of the foregoing was served by electronic mail on all counsel of record.

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge

STIPULATION OF DISMISSAL
2:18-cv-1601-MJP

**VENABLE LLP**
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DISTRICT OF COLUMBIA 20001
(202) 344-4000

3